**Order filed, November 5, 2012.**



In The

# Fourteenth Court of Appeals
_____

### NO. 14-12-00483-CR
_____

**CHARLES E. WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 25th District Court
Colorado County, Texas
Trial Court Cause No. 11-029**

## ORDER

The reporter's record in this case was due October 12, 2012, 2012. *See* Tex. R. App. P. 35.1. On September 12, this court ordered the court reporter to file the record within 30 days. The complete record has not been filed with the court, volume 6 has not been submitted as of today's date. Because the complete reporter's record has not been filed timely, we issue the following order.

We order **Patricia Wagner**, the official court reporter, to file volume 6 of the record in this appeal **within 20 days** of the date of this order. No further extension will

be entertained absent exceptional circumstances. If **Patricai Wagner** does not timely file volume 6 of the record as ordered, we will issue a show cause order directing the court reporter to appear before this court on a date certain to show cause why the reporter should not be held in contempt for failing to file the record as ordered. Contempt of court is punishable by a fine and/or confinement in jail.

PER CURIAM